

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Jose Antonio Garcia v. The State of Texas

Appellate case number:    01-15-00030-CR

Trial court case number:  13-10-10886-CR

Trial court:              9th District Court Montgomery County, Texas

Date motion filed:        December 15, 2016

     The motion for reconsideration en banc is **DENIED.**

Judge's signature: <u>/s/ Michael Massengale</u>
              Justice Michael Massengale, acting for the court

En banc court consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date: <u>January 24, 2017</u>